■ In the Matter of VALERIE DEITCH, Petitioner, v ROBERT DOAR, as Commissioner of the New York State Office of Temporary and Disability Assistance, et al., Respondents. [857 NYS2d 493]—Decision of respondent State Commissioner, dated August 14, 2006, upholding the determination of respondent City Commissioner to reduce petitioner's public assistance benefits in order to recoup a rent advance, withdrawn, and the petition in this proceeding (transferred to this Court by order of Supreme Court, New York County [Nicholas Figueroa, J.], entered May 18, 2007) unanimously granted, without costs, to the extent of directing the city respondent to restore petitioner's benefits.

All parties agree that the state respondent should be permitted to withdraw its decision (*see* 18 NYCRR 358-6.6 [a]), thus obviating that portion of the petition seeking annulment of that decision. The state respondent agrees that the city respondent should be directed to restore petitioner's benefits and the city respondent has presented no reason why it should not be so directed. Concur—Friedman, J.P., Williams, Catterson and Acosta, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE JACKSON, Appellant. [857 NYS2d 493]—Judgment, Supreme Court, New York County (Arlene Goldberg, J.), rendered November 16, 2006, convicting defendant, after a jury trial, of criminal possession of a controlled substance in the fifth degree, and sentencing him, as a second felony offender, to a term of two years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the jury's determinations concerning credibility, including its resolution of inconsistencies in testimony. Concur—Friedman, J.P., Williams, Catterson and Acosta, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN CRUZ, Appellant. [858 NYS2d 645]—Judgment, Supreme Court, New York County (Marcy L. Kahn, J.), rendered on or about July 13, 2007, unanimously affirmed. No opinion. Order filed. Concur—Friedman, J.P., Williams, Catterson and Acosta, JJ.